# **CERTIFICATION PURSUANT TO D.N.J. LOCAL RULE 11.2**

Pursuant to D.N.J. Local Rule 11.2, it is hereby stated that the matter in controversy between the parties is not subject to any other action pending in any other Court or of a pending arbitration or administrative proceeding other than the state court action removed by this notice: Case ESX-L-007260-24 in the Superior Court of New Jersey, Law Division, Essex County, filed by Plaintiffs Atlas Data Privacy Corporation, Jane Doe-1, Jane Doe-2, Edwin Maldonado, Scott Maloney, Justyna Maloney, and William Sullivan against Defendants Babel Street, Inc., Richard Roes 1-10 and ABC Companies 1-10.

Dated: November 19, 2024

*/s/ David A. Luttinger, Jr.*
David A. Luttinger, Jr.