# EXHIBIT 2

**FRIEDMAN KAPLAN SEILER ADELMAN & ROBBINS LLP**
Rahul Agarwal (N.J. Bar# 365832024)
One Gateway Center, 25th Floor
Newark, NJ 07102-5311
(973) 877-6400
*Attorneys for Plaintiffs*

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer,* EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, and WILLIAM SULLIVAN,<br><br>Plaintiffs,<br><br>v.<br><br>BABEL STREET, INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY LAW DIVISION, ESSEX COUNTY<br><br>DOCKET NO.: ESX-L-007260-24<br><br>Civil Action<br><br>**NOTICE OF MOTION FOR THE *PRO HAC VICE* ADMISSION OF SOFIA SYED** |

**PLEASE TAKE NOTICE** that on October 18, 2024 or as soon thereafter as counsel may be heard, the undersigned attorneys for Plaintiffs will make application to the Superior Court, Law Division, Essex County, for the admission *pro hac vice* of Sofia Syed, attorney-at-law, pursuant to R. 1:21-2. Annexed hereto in support of this Motion are the Certifications of Rahul Agarwal and Sofia Syed.

Dated: October 18, 2024
Newark, New Jersey

Respectfully submitted

*/s/ Rahul Agarwal*

**FRIEDMAN KAPLAN SEILER ADELMAN & ROBBINS LLP**
Rahul Agarwal (N.J. Bar# 365832024)
One Gateway Center, 25th Floor
Newark, NJ 07102-5311
Phone: (973) 877-6400

*Attorneys for Plaintiffs*

**FRIEDMAN KAPLAN SEILER ADELMAN & ROBBINS LLP**
Rahul Agarwal (N.J. Bar# 365832024)
One Gateway Center, 25th Floor
Newark, NJ 07102-5311
(973) 877-6400
*Attorneys for Plaintiffs*

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer,* EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, and WILLIAM SULLIVAN,<br>Plaintiffs,<br>v.<br>BABEL STREET, INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br>Defendants. | SUPERIOR COURT OF NEW JERSEY LAW DIVISION, ESSEX COUNTY<br><br>DOCKET NO.: ESX-L-007260-24<br><br>Civil Action<br><br>**CERTIFICATION OF RAHUL AGARWAL IN SUPPORT OF *PRO HAC VICE* ADMISSION OF SOFIA SYED** |

I, RAHUL AGARWAL, attorney-at-law, hereby certify and say:

1. I am a member in good standing of the bar of the State of New Jersey, and partner at Friedman Kaplan Seiler Adelman & Robbins LLP, which represents Plaintiffs in this matter. I submit this Certification in support of Plaintiffs for the admission *pro hac vice* of Sofia Syed, who is an attorney-at-law of the State of New York and a member of the law firm of Friedman Kaplan Seiler Adelman & Robbins LLP.

2. I will appear as partner of record in this action on behalf of Plaintiffs in this case. I will review and sign all pleadings, briefs and other papers filed with the Court. I will ensure

that Ms. Syed is aware of the Rules Governing the Courts of the State of New Jersey and that she abides by those rules.

3. I will appear at any and all court proceedings, and will comply in all respects with the Court's requirements, directives and orders.

4. I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I may be subject to punishment.

Dated: October 18, 2024
Newark, New Jersey

*/s/ Rahul Agarwal*

**FRIEDMAN KAPLAN SEILER ADELMAN & ROBBINS LLP**
Rahul Agarwal (N.J. Bar# 365832024)
One Gateway Center, 25th Floor
Newark, NJ 07102-5311
Phone: (973) 877-6400

*Attorneys for Plaintiffs*

**FRIEDMAN KAPLAN SEILER ADELMAN & ROBBINS LLP**
Rahul Agarwal (N.J. Bar# 365832024)
One Gateway Center, 25th Floor
Newark, NJ 07102-5311
(973) 877-6400
*Attorneys for Plaintiffs*

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer,* EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, and WILLIAM SULLIVAN,<br><br>Plaintiffs,<br><br>v.<br><br>BABEL STREET, INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY LAW DIVISION, ESSEX COUNTY<br><br>DOCKET NO.: ESX-L-007260-24<br><br>Civil Action<br><br>**CERTIFICATION OF SOFIA SYED IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

I, SOFIA SYED, hereby certify and say:

1. I am an attorney-at-law licensed to practice in the State of New York and am a member in good standing of the bar of that state.

2. I am a member of Friedman Kaplan Seiler Adelman & Robbins LLP, which represents Plaintiffs in connection with this action. I work in the firm's New York office, which is located at 7 Times Square, New York, New York 10036. In connection with the firm's representation of Plaintiffs, I am working with Rahul Agarwal, partner at the firm and a member in good standing of the bar of the State of New Jersey, who will review and sign all pleadings,

briefs and other papers in this matter, and will ensure compliance with the Rules Governing the Courts of the State of New Jersey, including all disciplinary rules.

3. Plaintiffs have requested that I represent them in this action as I have been involved in advising Plaintiffs in connection with the subject matter of the action over the past several months.

4. I am not under suspension or disbarment from the bar of any court, and there are no disciplinary proceedings pending against me in any court.

5. If the Court sees fit to grant my admission *pro hac vice*, I agree to abide by the Rules Governing the Courts of the State of New Jersey, as well as all disciplinary rules. Additionally, I consent to the appointment of the Clerk of the Supreme Court of New Jersey as agent upon whom service of process may be made for all actions which may arise against me or my firm out of my participation in this matter.

6. I agree to notify the Court immediately of any matter affecting my standing at the bar of any other Court.

7. I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I may be subject to punishment.

Dated: October 18, 2024
New York, New York

Sofia Syed

**FRIEDMAN KAPLAN SEILER ADELMAN & ROBBINS LLP**
Sofia Syed
7 Times Square, 28th Floor
New York, NY 10036-6516
Phone: (212) 833-1170

*Attorneys for Plaintiffs*

**FRIEDMAN KAPLAN SEILER ADELMAN & ROBBINS LLP**
Rahul Agarwal (N.J. Bar# 365832024)
One Gateway Center, 25th Floor
Newark, NJ 07102-5311
(973) 877-6400

*Attorneys for Plaintiffs*

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer,* EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, and WILLIAM SULLIVAN,<br><br>Plaintiffs,<br><br>v.<br><br>BABEL STREET, INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY LAW DIVISION, ESSEX COUNTY<br><br>DOCKET NO.: ESX-L-007260-24<br><br>Civil Action<br><br>**[PROPOSED] ORDER FOR *PRO HAC VICE* ADMISSION OF SOFIA SYED** |

**THIS MATTER** having been brought before the Court on the motion of Friedman Kaplan Seiler Adelman & Robbins LLP (Rahul Agarwal, appearing), attorneys for Plaintiffs in this matter, for an Order for the admission, *pro hac vice*, of Sofia Syed, and the Court having reviewed the Certification of Sofia Syed and the Certification of Rahul Agarwal, and good cause having been shown,

**IT IS** on this __ day of October, 2024,

**ORDERED** that Sofia Syed is hereby admitted *pro hac vice* in the above matter; and

**IT IS FURTHER ORDERED** that Sofia Syed shall abide by the Rules Governing the Courts of the State of New Jersey, including all disciplinary rules; and

**IT IS FURTHER ORDERED** that Sofia Syed appoint the Clerk of the Supreme Court of New Jersey as agent upon whom service of process may be made for all actions against either her or her firm that may arise out of her participation in this matter, and such appointment is hereby made; and

**IT IS FURTHER ORDERED** that Sofia Syed shall immediately notify the Court of any matter affecting her standing at the bar of any other Court; and

**IT IS FURTHER ORDERED** that all pleadings, briefs and other papers filed with the Court shall be signed by Rahul Agarwal, who shall be held responsible for Sofia Syed and for the conduct of the within cause.

**IT IS FURTHER ORDERED** that Sofia Syed must contribute to the Security Fund, pursuant to Rules 1:20-1(b) and 1:28-2 as required by all New Jersey attorneys.

________________________________
HON.