# EXHIBIT 3

ESSEX COUNTY - CIVIL DIVISION
SUPERIOR COURT OF NJ
465 MARTIN LUTHER KING JR BLVD
NEWARK NJ 07102

TRACK ASSIGNMENT NOTICE

COURT TELEPHONE NO. (973) 776-9300
COURT HOURS 8:30 AM - 4:30 PM

DATE: OCTOBER 18, 2024
RE: ATLAS DATA PRIVACY C ORPORATIO VS BABEL STREET,
DOCKET: ESX L -007260 24

THE ABOVE CASE HAS BEEN ASSIGNED TO: TRACK 1.

DISCOVERY IS 150 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

THE PRETRIAL JUDGE ASSIGNED IS: HON RICHARD T. SULES

IF YOU HAVE ANY QUESTIONS, CONTACT TEAM 001 AT: (973) 776-9300 EXT 57110.

IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.

PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDANCE WITH R.4:5A-2.

ATTENTION:

ATT: RAHUL AGARWAL
FRIEDMAN KAPLAN SEILER ADELMAN
ONE GATEWAY CTR
25TH FL
NEWARK NJ 07102-5311

ECOURTS