# EXHIBIT 4

**SUPERIOR COURT OF NEW JERSEY**
**LAW DIVISION: ESSEX COUNTY**

**ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, et al.**

DOCKET NO.: ESX-L-007260-24

*Plaintiff*

**vs**

**BABEL STREET, INC., et al.**

*Defendant*

# AFFIDAVIT OF SERVICE

State of New Jersey }
County of Mercer } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the state of New Jersey,

That on **10/22/2024** at **3:02 PM** at **Princeton South Corporate Center, 100 Charles Ewing Blvd., Suite 160, Ewing, NJ 08628**

deponent served a(n) **Notice of Motion for the Pro Hac Vice Admission of Sofia Syed, Certification of Rahul Agarwal In Support of Pro Hac Vice Admission of Sofia Syed, Certification of Sofia Syed In Support of Motion for Admission Pro Hac Vice, Cover Letter dated October 21, 2024, Civil Action Summons and Complaint, Civil Case Information Statement, Track Assignment Notice, Document Preservation Letter Dated October 21, 2024, Plaintiff's First Set of Interrogatories, Plaintiff's First Request to Defendant for Production of Documents, Proposed Protective Order**

on **Babel Street, Inc. c/o Corporation Service Company**, Registered Agent,

by delivering thereat a true copy to **Yvonne Hudson, Litigation Management Representative** personally, authorized to accept service thereof.

Description of Person Served:
Gender: Female
Skin: Black
Hair: Black
Age: 36 - 50 Yrs.
Height: 5' 4" - 5' 8"
Weight:131-160 Lbs.
Other:

Sworn to before me this
24th day of October, 2024

Carmen I. Molina
NOTARY PUBLIC

CARMEN I. MOLINA
Notary Public, State of New Jersey
Comm. # 2442741
My Commission Expires 2/6/2029

Theodore Cordasco 10/24/2024
Theodore Cordasco