# EXHIBIT 5

**FRIEDMAN KAPLAN SEILER ADELMAN & ROBBINS LLP**
Rahul Agarwal (N.J. Bar# 365832024)
One Gateway Center, 25th Floor
Newark, NJ 07102-5311
(973) 877-6400
*Attorneys for Plaintiffs*

ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer,* EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, and WILLIAM SULLIVAN,

Plaintiffs,

v.

BABEL STREET, INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,

Defendants.

SUPERIOR COURT OF NEW JERSEY LAW DIVISION, ESSEX COUNTY

DOCKET NO.: ESX-L-007260-24

Civil Action

**~~[PROPOSED]~~ ORDER FOR *PRO HAC VICE* ADMISSION OF SOFIA SYED**

**THIS MATTER** having been brought before the Court on the motion of Friedman Kaplan Seiler Adelman & Robbins LLP (Rahul Agarwal, appearing), attorneys for Plaintiffs in this matter, for an Order for the admission, *pro hac vice*, of Sofia Syed, and the Court having reviewed the Certification of Sofia Syed and the Certification of Rahul Agarwal, and good cause having been shown,

**IT IS** on this 8th day of November ~~October~~, 2024,

**ORDERED** that Sofia Syed is hereby admitted *pro hac vice* in the above matter; and

**IT IS FURTHER ORDERED** that Sofia Syed shall abide by the Rules Governing the Courts of the State of New Jersey, including all disciplinary rules; and

**IT IS FURTHER ORDERED** that Sofia Syed appoint the Clerk of the Supreme Court of New Jersey as agent upon whom service of process may be made for all actions against either her or her firm that may arise out of her participation in this matter, and such appointment is hereby made; and

**IT IS FURTHER ORDERED** that Sofia Syed shall immediately notify the Court of any matter affecting her standing at the bar of any other Court; and

**IT IS FURTHER ORDERED** that all pleadings, briefs and other papers filed with the Court shall be signed by Rahul Agarwal, who shall be held responsible for Sofia Syed and for the conduct of the within cause.

**IT IS FURTHER ORDERED** that Sofia Syed must contribute to the Security Fund, pursuant to Rules 1:20-1(b) and 1:28-2 as required by all New Jersey attorneys.

Richard T. Sules, J.S.C.

~~HON~~. RICHARD T. SULES, J.S.C.

Opposed

Unopposed ✓