## CERTIFICATE OF SERVICE

I certify that, on November 19, 2024, a true and accurate copy of the foregoing document was served upon all counsel of record by email and regular U.S. Mail, postage prepaid, and addressed to:

Rajiv D. Parikh
Kathleen Barnett Einhorn
Jessica A. Merejo
PEM LAW LLP
1 Boland Drive, Suite 101
West Orange, NJ 07052
rparikh@pemlawfirm.com
keinhorn@pemlawfirm.com
jmerejo@pemlawfirm.com

John A. Yanchunis
Ryan J. McGee
MORGAN & MORGAN
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
jyanchunis@forthepeople.com
rmcgee@forthepeople.com

Rahu Agarwal
Sofia Syed
FRIEDMAN KAPLAN
SEILER ADELMAN &
ROBBINS LLP
1 Gateway Center
Newark, NJ 07102-5311
ragarwal@fklaw.com
ssyed@fklaw.com

*Counsel for Plaintiffs*

*/s/ David A. Luttinger, Jr.*
David A. Luttinger, Jr. (ID: 004092000)
dluttinger@cov.com
Jordan S. Joachim*
Email: jjoachim@cov.com
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Telephone: + 1 (212) 841-1000

Kathryn E. Cahoy*
Email: kcahoy@cov.com
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: + 1 (650) 632-4700

Marianne Spencer*
Email: mspencer@cov.com
COVINGTON & BURLING LLP
One City Center 850 Tenth Street NW
Washington DC 20001-4956
Telephone: + 1 (202) 662-6000
**Pro Hac Vice Forthcoming*

*Attorneys for Defendant Babel Street, Inc.*