# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons,* JANE DOE-1, *a law enforcement officer,* JANE DOE-2, *a law enforcement officer,* EDWIN MADONADO, SCOTT MALONEY, JUSTYNA MALONEY, and WILLIAM SULLIVAN,<br><br>        Plaintiffs,<br><br>   v.<br><br>BABEL STREET INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities,*<br><br>        Defendants. | Civil Action No. 2:24-cv-10596<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF BABEL STREET, INC**. |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Babel Street, Inc. ("Babel Street"), by and through its undersigned counsel hereby states that Babel Street's parent company is PT Parent, Inc. No publicly held company owns 10% or more of Babel Street's stock. Babel is headquartered in Virginia and incorporated in Delaware.

          */s/ David A. Luttinger, Jr.*
David A. Luttinger, Jr. (ID: 004092000)
dluttinger@cov.com
Jordan S. Joachim*
Email: jjoachim@cov.com
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Telephone: + 1 (212) 841-1000

Kathryn E. Cahoy*
Email: kcahoy@cov.com
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: + 1 (650) 632-4700

Marianne Spencer*
Email: mspencer@cov.com
COVINGTON & BURLING LLP
One City Center 850 Tenth Street NW
Washington DC 20001-4956
Telephone: + 1 (202) 662-6000
**Pro Hac Vice Forthcoming*

*Attorneys for Defendant Babel Street, Inc.*