# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons,* JANE DOE-1, *a law enforcement officer,* JANE DOE-2, *a law enforcement officer,* EDWIN MADONADO, SCOTT MALONEY, JUSTYNA MALONEY, and WILLIAM SULLIVAN, <br><br>                    Plaintiffs, <br><br>     v. <br><br> BABEL STREET INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities,* <br><br>                    Defendants. | Civil Action No. 1:24-cv-10596 |

**DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV.P. 7.1(a)(2)**

| **Defendant** | | **State(s) of Citizenship** |
|---|---|---|
| Babel Street, Inc. | Corporation | Virginia and Delaware |

Pursuant to 28 U.S.C. § 1746 and Fed. R. Civ. P. 11, I certify that the foregoing is true and correct.

DATED:   November 22, 2024

        /s/ David A. Luttinger, Jr.
David A. Luttinger, Jr. (ID: 004092000)
dluttinger@cov.com
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Telephone: + 1 (212) 841-1000

*Attorney for Defendant Babel Street, Inc.*

2