UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons,* JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, EDWIN MADONADO, SCOTT MALONEY, JUSTYNA MALONEY, and WILLIAM SULLIVAN,<br><br>                Plaintiffs,<br><br>                v.<br><br>BABEL STREET INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>                Defendants. | Civil Action No. 24-cv-10596<br><br>Honorable Harvey Bartle III |

### APPLICATION FOR AN EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE REPLY [L. CIV. R. 6.1(b)]

Application is hereby made for a Clerk's Order pursuant to Local Civil Rule 6.1 extending the time within which Defendant Babel Street, Inc. may answer, move, or otherwise respond to the Complaint filed by Plaintiffs herein by 14 days and it is represented that:

1. No previous extension has been obtained;
2. This matter was removed to federal court on November 19, 2024; and
3. Defendant's time to answer, move or otherwise respond to the Complaint currently expires on November 26, 2024.

                                                        **COVINGTON & BURLING LLP**
                                                        Attorneys for Defendant Babel Street, Inc.

Dated: November 25, 2024

                                                        By:    *s/ David A. Luttinger, Jr.*
                                                                    David A. Luttinger, Jr.

## **LOCAL RULE 6.1(b) CLERK'S ORDER GRANTING AN EXTENSION OF TIME**

**IT IS** on this _____ day of _____, 2024,

**ORDERED** that the Local Rule 6.1(b) Application of Defendant Babel Street, Inc. for an extension of time to answer, move or otherwise respond to the Complaint be and hereby is **GRANTED**.

**IT IS FURTHER ORDERED** that pursuant to Local Rule 6.1(b), the time within which Defendant may answer, move or otherwise respond to the Complaint is extended for a period of fourteen (14) days from November 26, 2024 to December 10, 2024.

Order Dated:_____

MELISSA E. RHOADS, ESQ., Clerk

By: _____
                Deputy Clerk