UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer,* EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, and WILLIAM SULLIVAN,<br><br>　　　　Plaintiffs,<br>　v.<br><br>BABEL STREET, INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>　　　　Defendants. | Case No. 1:24-cv-10596-HB |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned, Rahul Agarwal, hereby enters an appearance in the above-captioned action as counsel for Plaintiffs and requests that he hereafter be served with all papers.

Dated: December 3, 2024
　　　Newark, New Jersey

**FRIEDMAN KAPLAN SEILER**
**ADELMAN & ROBBINS LLP**

　*/s/ Rahul Agarwal*
Rahul Agarwal
1 Gateway Center
Newark, NJ 07102-5311
Tel.: (973) 877-6400
ragarwal@fklaw.com