**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer,* EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, and WILLIAM SULLIVAN,<br><br>          Plaintiffs,<br>   v.<br><br>BABEL STREET, INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>          Defendants. | Case No. 1:24-cv-10596-HB<br><br>**NOTICE OF MOTION FOR ADMISSION OF SOFIA SYED *PRO HAC VICE*** |

      PLEASE TAKE NOTICE that on January 6, 2025, or as soon thereafter as counsel may be heard, the undersigned attorneys for the Plaintiffs, shall move this Court, pursuant to Local Civil Rule 101.1(c), for an Order permitting the appearance *pro hac vice* of Sofia Syed in this matter.

      PLEASE TAKE FURTHER NOTICE that, in support of the within motion, Plaintiffs shall rely upon the declarations of Sofia Syed and Rahul Agarwal, submitted herewith. Local Civil Rule 101.1(c)(1) provides that an attorney who is a member in good standing of the bar of any court of the United States or of the highest court of any state may be admitted *pro hac vice* in the discretion of the Court. The qualifications of Sofia Syed are adequately described in the accompanying declarations, and it is submitted that no brief is necessary.

Dated: December 4, 2024
      Newark, New Jersey

                **FRIEDMAN KAPLAN SEILER**
                **ADELMAN & ROBBINS LLP**

                */s/ Rahul Agarwal*
                Rahul Agarwal
                1 Gateway Center
                Newark, NJ 07102-5311
                Tel.: (973) 877-6400
                ragarwal@fklaw.com