## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, EDWIN MADONADO, SCOTT MALONEY, JUSTYNA MALONEY, and WILLIAM SULLIVAN,<br><br>Plaintiffs,<br><br>v.<br><br>BABEL STREET INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>Defendants. | Civil Action No. No. 1:24-cv-10596<br><br>Honorable Harvey Bartle III<br><br>**NOTICE OF MOTION FOR THE *PRO HAC VICE* ADMISSION OF JORDAN S. JOACHIM, ESQ.** |

**PLEASE TAKE NOTICE** that on a date to be determined by the Court the undersigned counsel for Defendant Babel Street, Inc. (hereafter "Defendant"), shall apply for an Order, pursuant to Local Civil Rule 101.1(c), granting Jordan S. Joachim, Esq., admission to the Bar of this Court *pro hac vice* for the purpose of participating in this matter; said application shall be made before the Honorable Harvey Bartle III, at the United States District Courthouse for the Eastern District

of Pennsylvania, 16614 U.S. Courthouse 601 Market Street, Philadelphia, Pennsylvania 19106.

**PLEASE TAKE FURTHER NOTICE** that in support of this application, Defendant shall rely upon the Certification of David A. Luttinger, Jr., Esq., and the Certification of Jordan S. Joachim, Esq., which are being filed simultaneously herewith. No brief is necessary because the law in this area is well settled;

**PLEASE TAKE FURTHER NOTICE** that unless oral argument is requested by the Court, this motion is submitted on the papers pursuant to Fed. R. Civ. Proc. 78; and oral argument is hereby waived; and

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order admitting Jordan S. Joachim, Esq., *pro hac vice* is submitted herewith.

Dated: December 4, 2024

*/s/ David A. Luttinger, Jr.*
David A. Luttinger, Jr. (004092000)
dluttinger@cov.com
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Telephone: + 1 (212) 841-1000

*Attorney for Defendant Babel Street, Inc.*

2