UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, EDWIN MADONADO, SCOTT MALONEY, JUSTYNA MALONEY, and WILLIAM SULLIVAN,<br><br>Plaintiffs,<br><br>v.<br><br>BABEL STREET INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>Defendants. | Civil Action No. No. 1:24-cv-10596<br><br>Honorable Harvey Bartle III<br><br>**CERTIFICATION OF DAVID A. LUTTINGER, JR., ESQ. IN SUPPORT OF MOTION FOR THE *PRO HAC VICE* ADMISSION OF JORDAN S. JOACHIM, ESQ.** |

David A. Luttinger, Jr., Esq., of full age, hereby certifies as follows:

1. I am an attorney admitted to practice in the State of New Jersey, a member of the bar of this Court, and a member of the firm of Covington & Burling, LLP, attorneys for Defendant Babel Street, Inc. (hereafter "Defendant"). I make this Certification in support of the application of Jordan S. Joachim, Esq., for admission to this Court *pro hac vice*. I am familiar with the facts and information set forth herein.

2. Submitted herewith is the Certification of Jordan S. Joachim, Esq., in support of his application for admission to this Court *pro hac vice.*

3. I have advised Mr. Joachim of his obligation to comply with the New Jersey Rules of Professional Conduct, and the requirements of Rules 1:21-2, 1:20-1(b) and 1:28-2 of the Rules governing the Courts of the State of New Jersey, regarding the conduct of attorneys admitted to the practice of law in this State. In addition, I have advised Mr. Joachim of the Local Rules of the United States District Court for the District of New Jersey and the New Jersey State Lawyers Rules of Professional Responsibility. I have also advised Mr. Joachim that he must faithfully adhere to all rules applicable to his conduct in connection with any activities in this Court.

4. Mr. Joachim will be associated with me in the defense of this matter. I will be responsible for Mr. Joachim's conduct during his admission *pro hac vice* and will ensure that *pro hac vice* counsel will comply with Local Civil Rule 101.1(c).

5. I, or another lawyer admitted to practice before this Court, will make all court appearances with *pro hac vice* counsel, unless excused by this Court. I, or another lawyer admitted to practice before this Court, will sign all pleadings, briefs and other papers filed with the Court.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me is willfully false, I am subject to punishment.

Dated:  December 4, 2024

    */s/ David A. Luttinger, Jr.*
David A. Luttinger, Jr. (004092000)
dluttinger@cov.com
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Telephone: + 1 (212) 841-1000

*Attorneys for Defendant Babel Street, Inc.*