UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, EDWIN MADONADO, SCOTT MALONEY, JUSTYNA MALONEY, and WILLIAM SULLIVAN,<br><br>Plaintiffs,<br><br>v.<br><br>BABEL STREET INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>Defendants. | Civil Action No. No. 1:24-cv-10596<br><br>Honorable Harvey Bartle III<br><br>**ORDER GRANTING MOTION FOR THE *PRO HAC VICE* ADMISSION OF JORDAN S. JOACHIM, ESQ.** |

**THIS MATTER** having been opened to the Court by Covington & Burling, LLP, attorneys for Defendant Babel Street, Inc. (hereafter "Defendant"), for an Order, pursuant to Civil Rule 101.1(c), permitting Jordan S. Joachim, Esq., to appear in this action *pro hac vice*; and the Court having reviewed the Certification of David A. Luttinger, Jr., Esq., and the Certification of Jordan S. Joachim, Esq., submitted in support of this application; and such other good cause appearing;

**IT IS** on this _____ day of _____, 2024,

**ORDERED** that Mr. Joachim be and hereby is admitted *pro hac vice* and is authorized to appear and participate with other counsel on behalf of Defendant for purposes of this action pursuant to L. Civ. R. 101.1(c), subject to the following conditions:

1. Mr. Joachim shall abide by the New Jersey Court Rules including all disciplinary rules, R. 1:20-1 and R. 1:28-2;

2. Mr. Joachim shall, and hereby does, consent to the appointment of the Clerk of the Supreme Court as his agent upon whom service of process may be made for all actions against Mr. Joachim may arise out of his participation in this matter;

3. Mr. Joachim shall immediately notify the Court of any matter affecting his standing at the Bar of any other jurisdiction;

4. Mr. Joachim shall have all pleadings, briefs and other papers filed with the Court signed by an attorney of record authorized to practice in New Jersey, who shall be held responsible for the conduct of the litigation and the attorney admitted herein;

5. Mr. Joachim must remit payment to the New Jersey Lawyers Fund for Client Protection as provided by New Jersey Court Rules 1:20-1(b) and 1:28-2;

6. Mr. Joachim must remit payment of the fee associated with his *pro hac vice* admission to the Clerk of this Court; and it is further

**ORDERED** that a copy of this Order, upon its entry and posting to the docket for this matter, shall be deemed served on all parties through their counsel of record by way of the Court's ECF notice with attached document link. If any counsel of record is not registered to receive ECF notices for this matter, a copy of this Order shall be served upon that counsel within seven (7) days of the entry of this Order by counsel for the moving party.

_____
Honorable Harvey Bartle III