```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEW JERSEY

ATLAS DATA PRIVACY            :         CIVIL ACTION
CORPORATION, et al.           :
                              :
        v.                    :
                              :
BABEL STREET, INC., et al.    :         NO. 24-10596
```

ORDER

AND NOW, this 10th day of December 2024, after a status conference with counsel, it is hereby ORDERED that the Motion of Defendants to Extend the Deadline for a Responsive Pleading (Doc. #14) is GRANTED.  Defendants' deadline to answer or otherwise respond to the Complaint is extended until further order of court.

BY THE COURT:


/s/ Harvey Bartle III
                                                J.