IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

ATLAS DATA PRIVACY              :           CIVIL ACTION
CORPORATION, et al.             :
                                :
        v.                      :
                                :
BABEL STREET, INC., et al.      :           NO. 24-10596

ORDER

        AND NOW, this 10th day of December 2024, after a
status conference with counsel, it is hereby ORDERED that the
above action is remanded to the Superior Court of New Jersey,
Essex County for the reasons stated in the court's November 20,
2024 Memorandum and Order in Atlas Data Privacy Corp. v. CarCo
Grp. Inc. Civil Action No. 24-4077 (D.N.J. filed Nov. 20, 2024)
(ECF 76, 77).


                                BY THE COURT:


                                /s/ Harvey Bartle III
                                                        J.