## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al.<br><br>        Plaintiffs,<br>  v.<br><br>BABEL STREET, INC., et al.<br><br>        Defendants. | Case No. 1:24-cv-10596<br><br>**PLAINTIFF ATLAS DATA PRIVACY CORPORATION'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), the undersigned counsel for Plaintiff Atlas Data Privacy Corporation ("Atlas") certifies as follows:

1. Atlas is a non-governmental corporation.

2. Atlas does not have any parent companies and no publicly held corporation owns 10% or more of such company's stock.


Dated: December 10, 2024　　　　　　　　　**PEM LAW LLP**
West Orange, New Jersey

　　　　　　　　　　　　　　　　　　　　　 */s/ Rajiv D. Parikh*
　　　　　　　　　　　　　　　　　　　　　Rajiv D. Parikh, Esq. (032462005)
　　　　　　　　　　　　　　　　　　　　　1 Boland Drive
　　　　　　　　　　　　　　　　　　　　　West Orange, New Jersey 07052
　　　　　　　　　　　　　　　　　　　　　Tel.: (973) 577-5500
　　　　　　　　　　　　　　　　　　　　　rparikh@pemlawfirm.com

4912-9993-1905.1