**UNITED STATES DISTRICT COURT**
**FOR THE District of New Jersey [LIVE]**
**Camden, NJ**

ATLAS DATA PRIVACY CORPORATION,
et al.

                Plaintiff,

v.                                                   Case No.: 1:24−cv−10596−HB
                                                     Judge Harvey Bartle (EDPA), III

BABEL STREET, INC., et al.

                Defendant.

Clerk, Superior Court of New Jersey
Essex County Veterans Courthouse
50 West Market Street
Newark, NJ 07102

State No: ESX−L−007260−24

**Dear Clerk of Court:**

    Enclosed please find a certified copy of the Order remanding the above entitled matter to your Court.

                                        Very truly yours,

                                        CLERK OF COURT
                                        By Deputy Clerk, dmr

encl.
cc: All Counsel